The People of the State of New York, Respondent,
against
Andy Albino, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Diana M. Boyar, J.), rendered January 8, 2013, convicting him, upon a plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Diana M. Boyar, J.), rendered January 8, 2013, affirmed. 
Our review of the record indicates that defendant's guilty plea to a violation, in exchange for a sentence of four days' community service, was entered knowingly, voluntarily and intelligently with the aid of counsel, and after the court sufficiently advised defendant of the constitutional rights he would be giving up by pleading guilty (see People v Conceicao, 26 NY3d 375 [2015]; People v Sougou, 26 NY3d 1052 [2015]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 16, 2019